IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| RLI INS. CO., | ) | |
| Plaintiff, | ) ) ) | |
| v | ) ) | |
| JOSEPH BOYER CANDLER, BARBARA CANDLER and TAMI STEPHEN, | ) ) ) | CIVIL NO. 1:06-CV-366 |
| Defendants. | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the defendants', Joseph Boyer Candler and Barbara Candler's motion for admission *pro hac vice* of Lewis W. Murphy, Jr. and Casey Walker of the law firm of Murphy & Walker, P.L., to appear as additional counsel for the defendants, Joseph Boyer Candler and Barbara Candler, in this matter filed on November 27, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Lewis W. Murphy, Jr. and Casey Walker are hereby granted special admission to the bar of this court, with the additional payment of $100.00 of the admission fees having been paid to the Clerk of this court.

Signed: December 21, 2006

_____
Dennis L. Howell
United States Magistrate Judge